**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000610
22-JAN-2024
07:57 AM
Dkt. 22 ODMR**

NO. CAAP-23-0000610

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRONSON JONES and CHASSIDIE JONES,
Plaintiffs-Appellees, v.
2 BROS. SERVICES, LLC, dba IZZY TOWS IT;
KAINOA JUSTIN AH SING; and ISRAEL ALVAREZ,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001231)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of self-represented Defendants-Appellants Kainoa Justin Ah Sing and Israel Alvarez's January 18, 2024 Motion for Reconsideration of Order Dismissing Appeal for Lack of Jurisdiction, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, January 22, 2024.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge